Dennis Gene PAULEY, Plaintiff—
Appellant,

v.

Loretta Simmons GANDEE; Kevin Wayne Gandee; Michael Clifford, Prosecutor; David L. Tucker, Sheriff, Defendants—Appellees.

No. 04–6817.

United States Court of Appeals,
Fourth Circuit.

Submitted Dec. 17, 2004.

Decided Jan. 3, 2005.

Dennis Gene Pauley, Appellant pro se.

Before WILKINSON, TRAXLER, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Dennis Gene Pauley appeals the district court's order accepting the report and recommendation of a magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Pauley v. Gandee,* No. CA–04–152–2 (S.D.W.Va. May 4, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*